AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED
ORLANDO, FL
APR 25 2002
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

TOMAS BELLO-RENI
CARLOS PEREZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-2049-01, 02

(Name and address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 31, 2001, in Orange County, in the Middle District of Florida, defendants did possess and pass counterfeit Federal Reserve Notes, in violation of Title 18, United States Code, Section 472. I further state that I am a Special Agent with the United States Secret Service, and that this complaint is based on the following facts:

### See Attached Affidavit

Continued on the attached sheet and made a part hereof:  _X_ Yes  ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 25, 2002                                    at    Orlando, Florida
Date                                                          City and State

David A. Baker
United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

SCANNED

*complaint.frm*

**STATE OF FLORIDA**                                      **Case No. 02-2049- 01, 02**

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Manny Fernandez, being duly sworn, depose and state as follows:

1.     I am a Special Agent with the United States Secret Service, currently assigned to the Orlando Field Office, and have been employed as a special agent for approximately 2 1/2 years.  Prior to being a special agent, I was a deputy sheriff with the Orange County Sheriff's Office for approximately six years, three of which was as a narcotics agent with the Metropolitan Bureau of Investigation.  In conjunction with other duties, I became involved in a counterfeit currency investigation pursuant to Title 18, United States Code, Section 472.

2.     On December 31, 2001, TOMAS BELLO-RENI and CARLOS PEREZ entered the Value Pawn, 1874 South Semoran Boulevard, Orlando, Florida, and requested Waldamar Diaz, an employee of Value Pawn, to accept counterfeit currency for the purchase of merchandise.   The employee declined the offer and TOMAS BELLO-RENI and CARLOS PEREZ departed the pawnshop.  I have reviewed a surveillance videotape from the Value Pawn, and TOMAS BELLO-RENI and CARLOS PEREZ are captured entering the store.  In addition, Waldamar Diaz positively identified both TOMAS BELLO-RENI and CARLOS PEREZ from a photo-lineup as the individuals who approached him and solicited him to accept the counterfeit currency.

3.     Later, on December 31, 2001, TOMAS BELLO-RENI and CARLOS PEREZ entered the Cash America Pawn Shop, 2101 South Semoran Boulevard, Orlando, Florida, together  to make separate purchases using counterfeit  Federal Reserve Notes (FRN). TOMAS BELLO-RENI requested Myra Laguna, an employee of Cash America Pawn Shop to accept the counterfeit currency and she agreed. TOMAS BELLO-RENI then purchased a pendant charm and a flat gold chain for $1568.00 using counterfeit $20 FRNs, and CARLOS PEREZ purchased a flat chain and two (2) gold nugget rings for $2,994.00 using

counterfit $20 FRNs.

4.    Continuing on this date, your affiant interviewed Myra Laguna. Post Miranda Myra Laguna admitted to knowingly accepting $1,568.00 *About $ 1580.00* in counterfeit FRN's from TOMAS BELLO-RENI and $2,994.00 *About $3000.00* in counterfeit FRN's from CARLOS PEREZ at the Cash America Pawnshop. In addition, she positively identified both TOMAS BELLO-RENI and CARLOS PEREZ from a photo-lineup as the individuals who solicited her to accept the counterfeit currency and who passed the counterfeit currency.

5.    On February 15, 2002, TOMAS BELLO-RENI passed $150.00 in counterfeit FRN's at the YB Jewelry at Flea World, 4311 Orlando Drive, Sanford, Florida. Bello-Reni was accompanied by an unidentified black male matching the description of CARLOS PEREZ, who passed one counterfeit $20 FRN at the YB Jewelry at Flea World. Yong Suk Ballinger, the owner of YB Jewelry who conducted the transactions with TOMAS BELLO-RENI and CARLOS PEREZ positively identified TOMAS BELLO-RENI from a photo-lineup.

6.    Based on the above facts, your affiant has probable cause to believe that on December 31, 2001, TOMAS BELLO-RENI and CARLOS PEREZ possessed and passed counterfeit $20 FRNs in violation of Title 18, United States Code, Section 472.

7.    Further your affiant sayeth not.

S/A Manny Fernandez
United States Secret Service

Sworn to and subscribed before me this 25th
Of April, 2002.

UNITED STATES MAGISTRATE JUDGE

2